UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **5:25-cv-00330-DTB**                                         Date: **March 5, 2025**

Title:  **Gustavo Davis v. O'Reilly Auto Enterprises, LLC, et al.**
==================================================================
**DOCKET ENTRY**
==================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
             None present                                                None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [DOCKET NO. 8]**

On February 5, 2025, Defendant O'Reilly Auto Enterprises, LLC, filed a Notice of Removal, removing this action from the Riverside County Superior Court.  On February 28, 2025, Plaintiff filed a Motion to Remand Action to State Court ("Motion").  (Docket No. 8).  Plaintiff set the hearing on the Motion for April 3, 2025.  The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the April 3, 2025, hearing **OFF CALENDAR**.  Central District of California Local Rule 7-15.  No appearance by any party is required unless otherwise ordered by the Court.

The Court sets the following briefing schedule on the Motion:  Defendant shall file an Opposition[1] on or before **March 28, 2025** and Plaintiff shall file an optional Reply within 14 days of Defendant's filing.  Thereafter, the Court will take the matter under submission without further briefing or argument.

**IT IS SO ORDERED**.

---

1       Plaintiff is advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.  The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.